UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　ORDER

ERIC BROWN,　　　　　　　　　　　　　　　　23 Crim. 680

              Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Defendant's arraignment is scheduled for January 3, 2024 at 10:00 a.m.

Dated:  December 22, 2023
        New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE