# LAW OFFICES OF DOUGLAS G. RANKIN, P.C.
## A PROFESSIONAL CORPORATION
### ATTORNEYS & COUNSELORS AT LAW

**DOUGLAS G. RANKIN, ESQ.**

OF COUNSEL:
TRACEY A. GRANT, ESQ.
LONNIE HART, ESQ.

175 PEARL STREET
BROOKLYN
NEW YORK
11201
SUITE 213
TELEPHONE:
(718) 858-3000
FACSIMILE:
(718) 858-9615
Dgrankinlaw@gmail.com

Date: January 4, 2024

**RE: USA v. Brown**
**1:23-cr-00680-GBD-1**

I am the attorney for the above-mentioned client. I have represented him since the arraignment in District Court before Judge Wang on September 29, 2023.

I was unaware of a conference scheduled for today at 10am and unfortunately I have a hearing on another matter. I've spoken to AUSA Ross and he does not object to an adjournment to Friday, January 10, 2024 at 10:00 am.

Please excuse my client's appearance for today.

Sorry for any inconvenience. Any questions or concerns please call me.

Thank you in advance for your understanding.

Sincerely,

Law Offices of Douglas G. Rankin, P.C.
175 Pearl Street, Suite 213
Brooklyn, NY 11201


By, ___s/Douglas G. Rankin/s___
    Douglas G. Rankin, Esq.

SO ORDERED

The arraignment scheduled for January 3, 2024, is adjourned to January 10, 2024, at 10:00 a.m.

*George B. Daniels*

JAN 0 3 2024

HON. GEORGE B. DANIELS