UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

        -against-

ERIC BROWN,

                    Defendant.

------------------------------------x

ORDER

23 Crim. 680

GEORGE B. DANIELS, United States District Judge:

      The arraignment scheduled for January 10, 2024 at 10:00 a.m. is adjourned to January 17, 2024 at 10:00 a.m.

Dated:  January 5, 2024
           New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE