UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ERIC BROWN,

                Defendant.

------------------------------------x

ORDER

23 Crim. 680

GEORGE B. DANIELS, United States District Judge:

    The arraignment scheduled for January 17, 2024 at 10:00 a.m. is adjourned to January 17, 2024 at 11:30 a.m.

Dated:  January 16, 2024
          New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge