UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-                                    ORDER

ERIC BROWN,                                23 Crim. 680 (GBD)

         Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    Per the parties' request, the January 30, 2025 sentencing is adjourned until February 25, 2024 at 10:00 a.m.

Dated:  1/30/2025

New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE