**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,                       :
:
-against-                       :                    ORDER
:
ERIC BROWN,                                       :              23 Cr. 680 (GBD)
:
Defendant.                :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The Clerk of the Court is directed to open the above-captioned case for the disposition of

Defendant's Letter Motion at ECF No. 42.

Dated:  **MAY 1 4 2025**

New York, New York

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge