UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

ERIC BROWN,

    Defendant.

------------------------------------- x

ORDER

23 Cr. 680 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant's Letter Motion for Travel at ECF No. 42 is DENIED as moot. The Government's motion at ECF No. 45 was resolved by a document filed under seal.

    Thus, the Clerk of the Court is directed to close the motions at ECF Nos. 42 and 45. The Clerk of the Court is also directed to close the above-captioned case.

Dated: MAY 2 7 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge